IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RAMIN YEGANEH, | No. C-08-01816 MHP |
| | NOTICE OF FILING OF BANKRUPTCY |
| Plaintiff, | APPEAL AND ORDER SETTING STATUS |
| | CONFERENCE |
| v. | |
| RE RAMIN YEGANEH, | |
| Defendant. | |

_____/

RE:

      Bankruptcy Case:
      Adversary No.:
      BAP No.:

Appellant:

The appeal has been assigned the following case number C-08-01816 MHP before the Honorable Marilyn H. Patel.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 7/21/2008 at     in Ctrm 15, 18th Floor,SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Apr 4, 2008

For the Court
Richard W. Wieking, Clerk


_____

By: Deputy Clerk

cc: USBC
     Counsel of Record