# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Gloria L. Franklin<br>Clerk of Court | San Francisco Bankruptcy Court<br>235 Pine St.<br>P.O. Box 7341<br>San Francisco, CA 94120-7341 | (415) 268-2300 |

**FILED**
APR 2 1 2008
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

District Court C-08-01816 MHP

Re    Ramin Yeganeh            05-30047 TC
       Judge Thomas E. Carlson

**FILED**
APR 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Mr. Wieking:

[ ] Enclosed please find a conformed copy of the notice of appeal, election to district court document, appellant designation, appellee designation, statement of issues, designated items to form the record on appeal, a certified copy of the docket and order being appealed for assignment to a district court judge.

[ ] Enclosed please find the notice of appeal, certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[X] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[ ] Enclosed please find a Bankruptcy Judge's Recommendation that Appeal Be Dismissed and the Notice of Appeal and associated documents filed with the Bankruptcy Court.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this letter and return it to *United States Bankruptcy Court, San Francisco Division.*

                                               Gloria L. Franklin, Clerk
                                               United States Bankruptcy Court

Dated: April 21, 2008                  By:    ANNA CHO-WONG
                                                 Deputy Clerk   Anna Cho-Wong