WILLIAM E. GILG
Attorney at Law, SBN 151991
305 San Bruno Avenue West
San Bruno, CA 94066
650-871-8647
650- 873-3168 (fax)

Attorney for Appellant,
Ramin Yeganeh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RAMIN YEGANEH,<br><br>        Debtor/Appellant. | Case No. C 08-01816 CW<br>Bankruptcy No. 05-30047 TEC<br><br>STIPULATION RE EXTENSION OF TIME FOR FILING APPELLANT'S OPENING BRIEF ON APPEAL FROM BANKRUPTCY COURT'S ORDER APPROVING COMPROMISE<br><br>[Local Rules 6-2, 7-12] |

The parties in the above-entitled proceeding, Andrea A. Wirum the trustee and respondent, represented by Charles Maher, Esq., of Luce Forward, Hamilton & Scripps, LLP, the debtor and appellant, Ramin Yeganeh, represented by William Gilg, Esq., hereby stipulate that the time for debtor/appellant to file and serve his opening brief in this matter may be extended by 30 days.  The scheduled date for the filing of the debtor/appellant's opening brief is now scheduled for May 30, 2008.  This extension will continue that date to June 30, 2008.

## DECLARATION RE LOCAL RULE 6-2

I, WILLIAM E. GILG, declare as follows:

1. This is an appeal from a final order issued by the Bankruptcy Court of the Northern District of California, the Honorable Thomas E. Carlson presiding. This order was an order authorizing the compromise of the bankruptcy claim of Robert and Alyssa Scott, entered in the Bankruptcy Court on March 5, 2008. On March 14, 2008, the appellant, Ramin Yeganeh, filed a notice of appeal and an election to have said appeal heard by this District Court.

2. Pursuant to this Court's "Notice of Briefing" Order of April 30, 2008, the appellant's opening brief is due to be filed and served on May 30, 2008.

3. The reason for this request for an enlargement of time for the filing of appellant's opening brief is that I have been unable to adequately research and prepare said opening brief for the following reasons: I have been involved in opposing a motion for summary judgment set for a hearing on May 23, 2008 in the case of: <u>Villagomez v. Corporate Security Services, Inc., et al</u>; San Francisco Superior Court Case No. CGC07-465538; I have also been involved in opposing a motion to compel arbitration set for a hearing on May 28, 2008 in the case of: <u>Howell v. Corinthian Colleges, Inc., et al</u>; San Francisco Superior Court, Case No. CGC-08-473141; and I have been assisting in preparing for the trial in three bankruptcy adversary proceedings related to this debtor/appellant's bankruptcy case, set for trial on June 3, 2008 in the cases of <u>Sims v. Fran Yeganeh, et</u> al, in the Bankruptcy Court for the Northern District of California, Case Nos. 05-3240 TEC, 05-3242 TEC, and 05-3243 TEC.

4. Hence I cannot adequately prepare the debtor/appellant's opening brief in this complicated bankruptcy matter without this extension of time.

5. There have been no prior extensions of time in this matter.

6. This time modification would change the date the respondent's opening brief is due to be filed from June 19, 2008 to July 21, 2008.

7. Today, May 21, 2008, I telephoned the respondent's attorney, Charles Maher, at (415) 356-4600. I personally spoke to Mr. Maher and asked if he would stipulate to an extension of 30 days for the appellant to file and serve his opening brief. Mr. Maher informed me that he would so stipulate and that I could inform this Court of same.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed at San Bruno, California on May 21, 2008.

/S/ WILLIAM E. GILG
WILLIAM E. GILG, Attorney for Appellants

IT IS SO STIPULATED:

May 22, 2008              /S/ CHARLES MAHER, ESQ.
                          CHARLES MAHER, ESQ.
                          Attorney for Trustee/Respondent

May 22, 2008              /S/ WILLIAM E. GILG
                          WILLIAM E. GILG, ESQ.
                          Attorney for Appellants


PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: _____    /S/ _____
                          JUDGE OF THE U.S. DISTRICT COURT

4. Hence I cannot adequately prepare the debtor/appellant's opening brief in this complicated bankruptcy matter without this extension of time.

5. There have been no prior extensions of time in this matter.

6. This time modification would change the date the respondent's opening brief is due to be filed from June 19, 2008 to July 21, 2008.

7. Today, May 21, 2008, I telephoned the respondent's attorney, Charles Maher, at (415) 356-4600. I personally spoke to Mr. Maher and asked if he would stipulate to an extension of 30 days for the appellant to file and serve his opening brief. Mr. Maher informed me that he would so stipulate and that I could inform this Court of same.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed at San Bruno, California on May 21, 2008.

/S/ WILLIAM E. GILG
WILLIAM E. GILG, Attorney for Appellants

IT IS SO STIPULATED:

May 22, 2008

/S/ CHARLES MAHER
CHARLES MAHER, ESQ.
Attorney for Trustee/Respondent

May 22, 2008

/S/ WILLIAM E. GILG
WILLIAM E. GILG, ESQ.
Attorney for Appellants

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: _____  /S/ _____
JUDGE OF THE U.S. DISTRICT COURT

Stipulation re: Enlargement of Time                -3-

## PROOF OF SERVICE

I, the undersigned, state that I am a citizen of the United States and employed in the City of San Bruno, that I am over the age of eighteen (18) years and not a party to the within cause; that I am an active member of the State Bar of California; that my business address is 305 San Bruno Avenue West, San Bruno, California; and that on the date set out below I deposited a true copy of the attached documents, listed below, on the parties to the action by one or more of the following methods:

[XX]  First Class Mail

[]  Fax via (415) 356-4610

– by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Bruno, California;


Documents Served: <u>STIPULATION RE EXTENSION OF TIME FOR FILING APPELLANT'S OPENING BRIEF ON APPEAL FROM BANKRUPTCY COURT'S ORDER APPROVING COMPROMISE</u>


Party Served:  CHARLES P. MAHER, ESQ.
　　　　　　　Luce, Forward, Hamilton & Scripps, LLP
　　　　　　　Rincon Center II, 121 Spear St., Suite 200
　　　　　　　San Francisco, CA 94105

1

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Bruno, California on May 22, 2008.

>/S/ WILLIAM E. GILG
> WILLIAM E. GILG,
> Attorney for Appellant